UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CYNTHIA GRAFF,** § | |
| *Plaintiff,* § | |
| § | Civil Action No. 3:21-CV-1586-K |
| v. § | |
| § | |
| **VITAMIN COTTAGE NATURAL FOOD** § | |
| **MARKETS, INC.,** § | |
| *Defendant.* § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cynthia Graff and Defendant Vitamin Cottage Natural Food Markets, Inc., by and through their respective counsel, hereby stipulate and agree to the dismissal of all claims against Defendant, with prejudice. The Parties further stipulate each shall bear their own costs, expenses, and attorneys' fees.

Respectfully Submitted,

*/s/ N. Sue Allen* (with permission)
N. Sue Allen
Texas Bar No. 00791992
Allen Law Firm
4701 Altamesa Blvd, Suite 2R
Fort Worth, TX  76133
T (817) 926-5005
F (817) 926-5165
sue@sueallenlaw.com

**COUNSEL FOR PLAINTIFF**

**-AND-**

>By: */s/ Michael J. DePonte*
>Michael J. DePonte
>Texas Bar No. 24001392
>depontem@jacksonlewis.com
>Claire Cook
>Texas Bar No. 24086220
>Claire.cook@jacksonlewis.com
>JACKSON LEWIS P.C.
>500 N. Akard, Suite 2500
>Dallas, Texas  75201
>PH:  (214) 520.2400
>FX:  (214) 520.2008
>
>**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I certify that on May 6, 2022, a true and correct copy of the foregoing was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

>N. Sue Allen
>Texas Bar No. 00791992
>Allen Law Firm
>4701 Altamesa Blvd, Suite 2R
>Fort Worth, TX  76133
>T (817) 926-5005
>F (817) 926-5165
>sue@sueallenlaw.com

>*/s/ Michael J. DePonte*
>Michael J. DePonte